07-60017.or3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-60017-CIV-COOKE-BROWN

ANTHONY TAFARELLA, CHARLES ASHMORE,
CHARLES WEINER, on behalf of themselves and
all others similarly situated,

   Plaintiffs

v.

HOLLYWOOD GREYHOUND TRACK, INC.,
a Florida corporation, HARTMAN & TYNER, INC.,
a Florida corporation, INVESTMENT CORPORATION
OF SOUTH FLORIDA, a Florida corporation, and
DANIEL K. ADKINS, individually

   Defendants.
_____/

## ORDER DENYING APPROVAL OF SETTLEMENT

  **THIS MATTER** is before this Court on an Order of reference to consider approval of the settlement agreement (D.E. 52). The Court has considered the settlement agreement and all pertinent materials in the file.

  As noted in the Order, the Court is required to approve the settlement agreement. That allows the Court to grant said approval "after scrutinizing the settlement for fairness". Lynn's Food Stores, Inc. v. U.S., 679 F. 2d 1350, 1353 (11th Cir. 1982).

  There is simply nothing in the settlement agreement that would allow the Court to accomplish this. The Settlement Agreement says plaintiffs will receive $10,000 each inclusive

of attorney's fees and costs ...for what?  In order to determine if this is reasonable, at a minimum, the Court must consider what is claimed. In addition, the Court has no information to support the attorney's fees and costs.

Therefore, and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **DENIED, without prejudice.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of September, 2007.

_____
STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc:   Honorable Marcia G. Cooke
      Counsel of record